FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 27 PM 1: 19

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JOE CURTIS HARRIS,

    Plaintiff,

v.

CALVIN D. MORTON and
Correctional Officer COBB,

    Defendants.

CIVIL ACTION NO.: CV507-002

## ORDER

Plaintiff has moved this Court for voluntary dismissal of the captioned action.

Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiff's Motion to Dismiss is hereby **GRANTED**. Plaintiff's case is **DISMISSED**, without prejudice.

SO ORDERED, this 27th day of July, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)